IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM BRADFORD, AIS # 266930, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:21-cv-816-ECM |
| ) | (WO) |
| MATTHEW WADE (SHERIFF), ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On January 20, 2022, the Magistrate Judge entered a Recommendation (doc. 3) that this case be transferred to the United States District Court for the Northern District of Alabama. No timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a).

Done this 8th day of February, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE